IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00441-MJW

WILLIAM A. DEVINE,

Plaintiff,

v.

THE FOUNTAIN VALLEY SCHOOL OF COLORADO, a Colorado nonprofit corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Restrict Access to Exhibit (Docket No. 5) is GRANTED finding the subject motion meets the requirements as outlined in D.C.COLO.LCivR 7.2(c). The Clerk is directed to place Docket No. 2 under Level 1 Restriction.

Date: February 26, 2014