IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00441-CMA-MJW

WILLIAM A. DEVINE,

Plaintiff,

v.

THE FOUNTAIN VALLEY SCHOOL OF COLORADO, a Colorado nonprofit corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the defendant's Unopposed Motion to Amend the Scheduling Order Deadlines to Accommodate Mediation (Docket No. 28) is GRANTED. The Scheduling Order (Docket No. 20) is amended to extend the following deadlines:

1. Defendant's rebuttal experts: September 5, 2014;
2. Deadline for written discovery: September 30, 2014;
3. Discovery cutoff: November 4, 2014; and
4. Dispositive motions: December 5, 2014.

Date: July 25, 2014