**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 14-cv-00441-CMA-MJW

WILLIAM A. DEVINE,

    Plaintiff,

v.

THE FOUNTAIN VALLEY SCHOOL OF COLORADO, a Colorado non-profit corporation,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(i)(A)(ii) and the Stipulated Notice of Dismissal With Prejudice (Doc. # 40), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED:  September __25__, 2014

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge